## THE PEOPLE OF THE TERRITORY OF UTAH, RESPONDENT, *v.* WILLIAM MARCH, APPELLANT.

CRIMINAL LAW.— REVIEW ON APPEAL.— BILL OF EXCEPTIONS.—
Where the matters assigned as errors are decisions made by
the trial court in matters of law, there is nothing for the
appellate court to review where the exceptions made to the
rulings of the lower court are not properly saved by a bill of
exceptions or otherwise.

(No. 595.   Decided June 12, 1895.   40 P. R. 708.)

APPEAL from the District Court of the First Judicial District.   Hon. William H. King, *Judge.*

William March appeals from a judgment of conviction. *Affirmed.*

*Messrs. Warner & Knight,* for appellant.

*Mr. Joseph T. Richards,* Assistant U. S. Attorney, for respondent.

SMITH, J.:

This case is in all respects like the case of *U. S. v. Duggins* (just decided), *ante,* p. 430, 40 Pac. 707, except that the offense for which this defendant was indicted, tried, and convicted was a different offense from that in the Duggins case.   All the matters assigned as errors in the brief of defendant are decisions made upon the trial, in matters of law.   No attempt was ever made to save exceptions to such a ruling, by bill of exceptions or otherwise.   Under such circumstances there is nothing for this court to review.   The judgment of the district court is affirmed, and the cause remanded to that court, with directions to enforce its judgment.

MERRITT, C. J., and BARTCH, J., concur.